IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIONTAE THOMAS                                                                                          PLAINTIFF

      v.                                Civil No. 1:15-cv-01037

SHERIFF DAVID NORWOOD,
Ouachita County, Arkansas; JAIL
ADMINISTRATOR NATHAN
GREELEY; TERI WEST, Bookkeeper;
JAILER MALINDA HUNIER;
JAILER DUSTIN VAUGHN;
and JAILER PUDUE                                                                                        DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2016), the Honorable Susan O. Hickey United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

By order (ECF No. 27) entered on November 8, 2016, the Plaintiff was directed to respond to a questionnaire propounded in an effort to assist him in responding to the summary judgment motion. The response was to be filed by December 6, 2016. Plaintiff has not filed the response or sought an extension of time to file it.

On December 8, 2016, a show cause order (ECF No. 28) was entered giving the Plaintiff until December 23, 2016, to show cause why the case should not be dismissed based on his failure to comply with the Court's order directing him to file a summary judgment response. Plaintiff was advised that if he failed to respond to the show cause order this case would be subject to dismissal.

Plaintiff has not responded to the show cause order. He has not sought an extension of time

to respond.  He has not communicated with the Court in anyway.  No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed based on Plaintiff's failure to prosecute and his failure to obey the orders of this Court.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of February 2017.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE