IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIONTAE THOMAS                                                                                    PLAINTIFF

v.                                                Case No. 1:15-cv-1037

SHERIFF DAVID NORWOOD,
Ouachita County, Arkansas; JAIL
ADMINISTRATOR NATHAN
GREELEY; TERI WEST, Bookkeeper;
JAILER MALINDA HUNIER;
JAILER DUSTIN VAUGHN;
And JAILER PUDUE                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 9, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Bryant recommends that Plaintiff Kiontae Thomas's case be dismissed due to Plaintiff's failure to prosecute this case and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge